## Beck Brothers v. Independent Brewing Association et al.

1. WAIVER—*Declaration Not Filed in Time.*—The right to object that the declaration is not filed in time is waived by asking for and obtaining an extension of time in which to plead.

2. DECLARATION—*Not Filed in Time—When to Object.*—The objection that the declaration is not filed in time, if well taken, is in abatement only, and not in bar of the suit, and must be made before any steps are taken to defend the suit upon its merits.

Replevin.—Appeal from the Circuit Court of Cook County; the Hon. FRANK BAKER, Judge, presiding. Heard in this court at the October term, 1895. Reversed with directions. Opinion filed October 31, 1895.

MORRIS FRISCH, attorney for appellants.

SCHINTZ & IVES, attorneys for appellees.

MR. PRESIDING JUSTICE GARY DELIVERED THE OPINION OF
THE COURT.

The parties have here argued the question which we have
decided in favor of the appellants in Wilkins v. English, 60
Ill. App. 344, but that question is not in this case.

January 22, 1895, the appellees, defendants below, filed a
" special appearance for the sole purpose of moving the
court to dismiss the plaintiffs' suit for the failure to file the
declaration within the time required by the statute," and
on the same day obtained an order of the court " that the
time to plead herein be and the same is extended ten days."

This waived the right of the appellees to object to the
time at which the declaration had been filed. Such objec-
tion, if valid, would be only in abatement of this suit—not
in bar of any—and should therefore be made without tak-
ing any step to defend upon the merits. It makes no differ-
ence which was first—the appearance or the order—the
effect is the same.

The judgment is reversed with directions to the Circuit
Court to set aside the order dismissing the suit and award-
ing a *retorno habendo,* and to reinstate the cause for further
proceedings.